**FILED**
February 18, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )     CASE NO. 2:10-mj-00035 KJN
            Plaintiff,            )
                                  )
v.                                )     ORDER FOR RELEASE
                                  )     OF PERSON IN CUSTODY
PETE ANDRE FLORES,                )
                                  )
            Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Pete Andre Flores; Case 2:10-mj-00035 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of <u>$50,000.00 co-signed by Gilbert Flores and to the third party custody of Gilbert Flores.</u>

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial Conditions/Supervision.</u>

Issued at <u>Sacramento, CA</u> on <u>2/18/2010</u> at <u>2:50 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge