```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    PETE ANDRE FLORES
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
    UNITED STATES OF AMERICA,    ) No. 2:10-cr-0072 FCD
13                               )
                   Plaintiff,    )
14                               ) STIPULATION AND ORDER CONTINUING
         v.                      ) CASE
15                               )
    PETE ANDRE FLORES,           ) Date:  April 12, 2010
16                               ) Time:  10:00 a.m.
                   Defendant.    ) Judge: Hon. Frank C. Damrell, Jr.
17                               )
    _____)
18

19

20       **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Ellen V. Endrizzi, counsel for Plaintiff, and Assistant

22  Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE

23  FLORES, that the status conference now set for April 12, 2010 be

24  vacated and the matter continued to May 17, 2010, at 10:00 a.m. to

25  allow further time for defense investigation and preparation.

26       **IT IS FURTHER STIPULATED** that time for trial under the Speedy

27  trial act by excluded.  Given the complex nature of computer forensic

28  evidence and restrictions concerning access to such evidence that
```

1  applies in cases of this sort the court is requested to declare that
2  this case is complex and that time should be excluded pursuant to 18
3  U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code T-2 (complex case), as
4  well as under 18 U.S.C. § 3161(h)(7)(A) &(B)(iv), Local Code T-4 (time
5  to prepare)

**IT IS SO STIPULATED.**

Dated:  April 9, 2010        /S/ Ellen V. Endrizzi
                             Ellen V. Endrizzi
                             Assistant United States Attorney
                             Counsel for Plaintiff
                             (by jls per oral authorization)

Dated:  April 9, 2010        /S/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             PETE ANDRE FLORES

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 9, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order    -2-