```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    PETE ANDRE FLORES
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0072 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
|  | ) CONTINUING CASE |
| PETE ANDRE FLORES, | ) Date:  May 17, 2010 |
| Defendant. | ) Time:  10:00 a.m. |
|  | ) Judge: Hon. Frank C. Damrell, Jr. |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Ellen V. Endrizzi, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES, that the status conference now set for May 17, 2010 be vacated and the matter continued to June 28, 2010, at 10:00 a.m. to allow further time for defense investigation and preparation.

   **IT IS FURTHER STIPULATED** that time for trial under the Speedy trial act by excluded.  Given the complex nature of computer forensic evidence and restrictions concerning access to such evidence that

applies in cases of this sort the court is requested to declare that this case is complex and that time should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code T-2 (complex case), as well as under 18 U.S.C. § 3161(h)(7)(A) &(B)(iv), Local Code T-4 (time to prepare)

**IT IS SO STIPULATED.**

Dated:  May 12, 2010           /S/ Ellen V. Endrizzi
                               Ellen V. Endrizzi
                               Assistant United States Attorney
                               Counsel for Plaintiff
                               (by jls per oral authorization)

Dated:  May 12, 2010           /S/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               PETE ANDRE FLORES

**O R D E R**

**IT IS SO ORDERED.**

Dated:  May 12, 2010           _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE

Stipulation and Order                -2-