DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETE ANDRE FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. 2:10-cr-072 FCD |
| )                              Plaintiff, ) | |
| )      v.                      ) | STIPULATION AND ORDER CONTINUING CASE |
| )  PETE ANDRE FLORES,          ) | Date:  June 28, 2010 |
| )                              Defendant. ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Ellen V. Endrizzi, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES, that the status conference now set for June 28, 2010 be vacated and the matter continued to July 19, 2010, due to the unavailability of government counsel and to allow further time for defense investigation and preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded between June 28, 2010 and July 19,

2010 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code T-2 (complex case), as well as under 18 U.S.C. § 3161(h)(7)(A) &(B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Dated:   June 25, 2010                /S/ Ellen V. Endrizzi
                                      Ellen V. Endrizzi
                                      Assistant United States Attorney
                                      Counsel for Plaintiff
                                      (by jls per oral authorization)

Dated:   June 25, 2010                /S/ Jeffrey L. Staniels
                                      Jeffrey L. Staniels
                                      Assistant Federal Defender
                                      Counsel for Defendant
                                      PETE ANDRE FLORES

**O R D E R**

**IT IS SO ORDERED.**

By the Court

Dated:   June 25, 2010
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

Stipulation and Order           -2-