```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    PETE ANDRE FLORES
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-072 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE |
| | ) |
| PETE ANDRE FLORES, | ) Date: July 19, 2010 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Ellen V. Endrizzi, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES, that the status conference now set for July 19, 2010 be vacated and the matter continued to August 23, 2010, at 10:00 a.m. to allow further time for defense investigation and preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded between July 19, 2010 and August 23, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code T-2

1  (complex case), as well as under 18 U.S.C. § 3161(h)(7)(A) &(B)(iv),
2  Local Code T-4 (time to prepare).
3  **IT IS SO STIPULATED.**
4
5  Dated: July 16, 2010         /S/ Ellen V. Endrizzi
                                Ellen V. Endrizzi
6                               Assistant United States Attorney
                                Counsel for Plaintiff
7                               (by jls per oral authorization)
8
9  Dated: July 16, 2010         /S/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
10                              Assistant Federal Defender
                                Counsel for Defendant
11                              PETE ANDRE FLORES
12
                              **O R D E R**
13
        **IT IS SO ORDERED.**
14
                    By the Court,
15
16
    Dated: July 16, 2010
17
                                    _____
18                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
19

Stipulation and Order              -2-