1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   PETE ANDRE FLORES
7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:10-cr-072 FCD
                                   )
14              Plaintiff,         )
                                   )  STIPULATION AND ORDER CONTINUING
15      v.                         )  CASE
                                   )
16  PETE ANDRE FLORES,             )  Date:  August 23, 2010
                                   )  Time:  10:00 a.m.
17              Defendant.         )  Judge: Hon. Frank C. Damrell, Jr.
                                   )
18  _____ )

19

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Ellen V. Endrizzi, counsel for Plaintiff, and Assistant

22  Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE

23  FLORES, that the status conference now set for August 23, 2010 be

24  vacated and the matter continued to November 1, 2010, to allow further

25  time for defense investigation and preparation. Defense counsel

26  inadvertently overlooked filing a written stipulation continuing the

27  case from August 23, 2010 to September 20, 2010.

28  ///

1     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2  Trial Act continue to be excluded between August 23, 2010 and November

3  1, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code T-2

4  (complex case), as well as under 18 U.S.C. § 3161(h)(7)(A) &(B)(iv),

5  Local Code T-4 (time to prepare).

6         **IT IS SO STIPULATED.**

7

8  Dated:  September 20, 2010        _/S/ Michelle Prince___
                                     Michelle Prince
9                                    Assistant United States Attorney
                                     Counsel for Plaintiff
10                                   (by jls per oral authorization)

11

12 Dated:  September 20, 2010        _/S/ Jeffrey L. Staniels_
                                     Jeffrey L. Staniels
13                                   Assistant Federal Defender
                                     Counsel for Defendant
14                                   PETE ANDRE FLORES

15                        **O R D E R**

16        **IT IS SO ORDERED.**

17                     By the Court,

18

19

20 Dated:  September 20, 2010

21                                   FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stipulation and Order          -2-