1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   PETE ANDRE FLORES

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,      ) No. 2:10-cr-072 FCD
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND ORDER CONTINUING
15      v.                        ) CASE
                                  )
16 PETE ANDRE FLORES,             ) Date:  November 1, 2010
                                  ) Time:  10:00 a.m.
17              Defendant.        ) Judge: Hon. Frank C. Damrell, Jr.
                                  )
18 _____)

20     **IT IS HEREBY STIPULATED** by and between Assistant United States
21 Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal
22 Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES,
23 that the status conference now set for November 1, 2010 be vacated and
24 the matter continued to January 10, 2011, to allow further time for
25 defense investigation and preparation.
26     **IT IS FURTHER STIPULATED** that time for trial under the Speedy
27 Trial Act continue to be excluded between November 1, 2010 and January
28 10, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code

1  T-2 (complex case), as well as under 18 U.S.C. § 3161(h)(7)(A)
2  &(B)(iv), Local Code T-4 (time to prepare).
3      **IT IS SO STIPULATED.**

5  Dated: October 29, 2010      /S/ Michelle Prince
                                       Michelle Prince
6                                         Assistant United States Attorney
                                       Counsel for Plaintiff

9  Dated: October 29, 2010      /S/ Jeffrey L. Staniels
                                       Jeffrey L. Staniels
10                                        Assistant Federal Defender
                                       Counsel for Defendant
11                                        PETE ANDRE FLORES

13                          **O R D E R**

14     **IT IS SO ORDERED.**

15         By the Court,

17 Dated: October 29, 2010

18                                     FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE