```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    PETE ANDRE FLORES
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,    ) No. 2:10-cr-072 FCD
                                 )
14              Plaintiff,       )
                                 ) STIPULATION AND ORDER CONTINUING
15       v.                      ) CASE
                                 )
16  PETE ANDRE FLORES,           ) Date:  January 10, 2010
                                 ) Time:  10:00 a.m.
17              Defendant.       ) Judge: Hon. Frank C. Damrell, Jr.
                                 )
18  _____)
19
```

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES,

23 that the status conference now set for January 10, 2010 be vacated and

24 the matter continued to February 22, 2011, at 10:00 a.m. to allow

25 further time for defense investigation and preparation.

26     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

27 Trial Act continue to be excluded between January 10, 2010 and February

28 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code

1  T-2 (complex case), as well as under 18 U.S.C. § 3161(h)(7)(A)
2  &(B)(iv), Local Code T-4 (time to prepare).
3  **IT IS SO STIPULATED.**
4
5  Dated:   January 7, 2011           /S/ Michelle Prince
                                      Michelle Prince
6                                     Assistant United States Attorney
                                      Counsel for Plaintiff
7
8
9  Dated:   January 7, 2011           /S/ Jeffrey L. Staniels
                                      Jeffrey L. Staniels
10                                    Assistant Federal Defender
                                      Counsel for Defendant
11                                    PETE ANDRE FLORES
12
                          **O R D E R**
13
      **IT IS SO ORDERED.**
14
                  By the Court,
15
16
   Dated:   January 7, 2011
17                                    _____
                                      FRANK C. DAMRELL, JR.
18                                    UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                -2-