DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETE ANDRE FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-072 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE |
| ) | |
| PETE ANDRE FLORES, ) | |
| ) | Date: February 22, 2011 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES, that the status conference now set for February 22, 2011 be vacated and the matter continued to March 21, 2011, to allow further time for defense investigation and preparation, and to account for counsels' schedules, including a period of unavailability of defense counsel between February 22, 2011, and March 2, 2011.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded between February 22, 2011 and March

21, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code T-2 (complex case), as well as under 18 U.S.C. § 3161(h)(7)(A) &(B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Dated:  February 15, 2011            /S/ Michelle Prince
                                     Michelle Prince
                                     Assistant United States Attorney
                                     Counsel for Plaintiff

Dated:  February 15, 2011            /S/ Jeffrey L. Staniels
                                     Jeffrey L. Staniels
                                     Assistant Federal Defender
                                     Counsel for Defendant
                                     PETE ANDRE FLORES

**O R D E R**

**IT IS SO ORDERED.**

         By the Court,

Dated:  February 15, 2011

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order     -2-