```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    PETE ANDRE FLORES
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-072 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER MODIFYING |
| v. | ) TERMS OF RELEASE TO PERMIT TRAVEL |
| | ) TO SOUTHERN CALIFORNIA |
| PETE ANDRE FLORES, | ) |
| | ) Judge:    Hon. Gregory G. Hollows |
| Defendant. | )             (In Chambers) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES, that the conditions of release and supervision be modified and that Mr. Flores be permitted to travel in the company of his father to Southern California in order to help perform maintenance work on a rental unit owned by his father.

This travel plan has been discussed with Mr. Flores' supervising Pretrial Services Officer, Darryl Walker, who has advised counsel that he has no objection to the proposed modification or to the proposed

travel.  Logistically, such travel entails reporting to Pretrial Services before traveling in order to substitute a GPS device for the ankle monitoring device which Mr. Flores ordinarily wears as a condition of release.  Duration of the proposed travel is from Thursday March 31, 2011, through Monday, April 4, 2011.

**IT IS SO STIPULATED.**

Dated:  March 29, 2011        /S/ *Michelle Prince*
                              Michelle Prince
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated:  March 29, 2011        /S/ *Jeffrey L. Staniels*
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Defendant
                              PETE ANDRE FLORES

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  March 29, 2011        /s/ Gregory G. Hollows
                              Hon. Gregory G. Hollows
                              Duty U.S. Magistrate Judge

Stipulation and Proposed Order    -2-