1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   PETE ANDRE FLORES

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )  No. 2:10-cr-072 FCD
                                  )
13             Plaintiff,         )
                                  )  STIPULATION AND ORDER MODIFYING
14       v.                       )  TERMS OF RELEASE TO PERMIT TRAVEL
                                  )  TO SOUTHERN CALIFORNIA
15 PETE ANDRE FLORES,             )
                                  )  Judge:    Hon. Gregory G. Hollows
16             Defendant.         )            (In Chambers)
                                  )
17 _____ )

18

19        **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal

21 Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES,

22 that the conditions of release and supervision be modified and that Mr.

23 Flores be permitted to travel in the company of his father to Southern

24 California in order to help perform maintenance work on a rental unit

25 owned by his father.

26        This travel plan has been discussed with Mr. Flores' supervising

27 Pretrial Services Officer, Darryl Walker, who has advised counsel that

28 he has no objection to the proposed modification or to the proposed

1   travel.  Logistically, such travel entails reporting to Pretrial

2   Services before traveling in order to substitute a GPS device for the

3   ankle monitoring device which Mr. Flores ordinarily wears as a

4   condition of release.  Duration of the proposed travel is from Thursday

5   March 31, 2011, through Monday, April 4, 2011.

6           **IT IS SO STIPULATED.**

7

8   Dated:  March 29, 2011          _/S/ *Michelle Prince*_
                                    Michelle Prince
9                                   Assistant United States Attorney
                                    Counsel for Plaintiff
10

11

12  Dated:  March 29, 2011          _/S/ *Jeffrey L. Staniels*_
                                    Jeffrey L. Staniels
13                                  Assistant Federal Defender
                                    Counsel for Defendant
14                                  PETE ANDRE FLORES

15                              **O R D E R**

16          **IT IS SO ORDERED.**

17                      By the Court,

18

19

20  Dated:  March 29, 2011          _/s/ Gregory G. Hollows_
                                    Hon. Gregory G. Hollows
21                                  Duty U.S. Magistrate Judge

22

23

24

25

26

27

28

Stipulation and Proposed Order     -2-