DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETE ANDRE FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-072 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE |
| PETE ANDRE FLORES, ) | |
| ) | Date:  June 6, 2011 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES, that the status conference now set for June 6, 2011 be vacated and the matter continued to June 27, 2011, due to the unavailability of defense counsel to prepare for proceedings on June 6, 2011, and the need to confirm with Mr. Flores counsel's recommendation concerning resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded between June 6, 2011 and June 27, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code T-2

1  (complex case), as well as under 18 U.S.C. § 3161(h)(7)(A) &(B)(iv),
2  Local Code T-4 (time to prepare and continuity of counsel).
3  **IT IS SO STIPULATED.**
4  Dated: June 1, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney

6                                          /s/ Michelle Prince
                                          Michelle Prince
7                                         Assistant United States Attorney
                                          Counsel for Plaintiff

9  Dated: June 1, 2011                     /s/ Jeffrey L. Staniels
                                          Jeffrey L. Staniels
10                                        Assistant Federal Defender
                                          Counsel for Defendant
11                                        PETE ANDRE FLORES

14     **IT IS SO ORDERED.**

16  Dated: June 1, 2011                   _____
                                          FRANK C. DAMRELL, JR.
17                                        UNITED STATES DISTRICT JUDGE