```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PETE ANDRE FLORES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-072 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING CASE |
| | ) |
| PETE ANDRE FLORES, | ) |
| | ) Date:  June 27, 2011 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES, that the status conference now set for June 27, 2011 be vacated and the matter continued to August 1, 2011, due to the unavailability at various times of the court or counsel and the need to confirm with Mr. Flores counsel's recommendation concerning resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded between June 27, 2011 and August 1, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), Local code T-2 (complex case), as well as under 18 U.S.C. § 3161(h)(7)(A) &(B)(iv),

1  Local Code T-4 (time to prepare and continuity of counsel).

2  **IT IS SO STIPULATED.**

3  Dated:  June 13, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney

5                                            /s/ Michelle Prince
                                            Michelle Prince
6                                           Assistant United States Attorney
                                            Counsel for Plaintiff

8  Dated:  June 13, 2011                    /s/ Jeffrey L. Staniels
                                            Jeffrey L. Staniels
9                                           Assistant Federal Defender
                                            Counsel for Defendant
10                                          PETE ANDRE FLORES

12                              **O R D E R**

13    **IT IS SO ORDERED.**

14                  By the Court,

16  Dated:  June 13, 2011

17                                          _____
                                            FRANK C. DAMRELL, JR.
18                                          UNITED STATES DISTRICT JUDGE

Stipulation/Order                    -2-