DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETE ANDRE FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00072 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND MODIFYING PRESENTENCE |
| ) | BRIEFING SCHEDULE |
| PETE ANDRE FLORES, ) | |
| Defendant. ) | Date: December 8, 2011 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England, Jr |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES, that sentencing proceedings now set for December 8, 2011 be vacated and the matter continued to February 2, 2012, due to Mr. Staniels' unavailability due to a family medical situation, and in order to permit completion of sentencing related submissions by the parties.

**IT IS FURTHER STIPULATED** that the following schedule for sentencing related submissions be adopted:

Sentencing Memoranda by either side                        January 19, 2012
Responses to Sentencing Memoranda, if any                  January 26, 2012

1    **IT IS FURTHER STIPULATED** that the Speedy Trial Act is not
2 applicable to post-guilty plea proceedings in this case.
3    **IT IS SO STIPULATED.**

4 Dated: December 2, 2011              BENJAMIN B. WAGNER
                                       United States Attorney

6                                       /s/ *Michelle Prince*
                                       Michelle Prince
7                                      Assistant United States Attorney
                                       Counsel for Plaintiff

9 Dated: December 2, 2011               /s/ *Jeffrey L. Staniels*
                                       Jeffrey L. Staniels
10                                     Assistant Federal Defender
                                       Counsel for Defendant
11                                     PETE ANDRE FLORES

13                              **O R D E R**

14    **IT IS SO ORDERED.**

15  Dated: December 6, 2011

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE