```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  PETE ANDRE FLORES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-072 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
|  | ) CASE AND MODIFYING PRESENTENCE |
|  | ) BRIEFING SCHEDULE |
| PETE ANDRE FLORES, | ) |
| Defendant. | ) Date: March 2, 2012 |
|  | ) Time: 10:30 a.m. |
| _____ | ) Judge: Hon. Morrison C. England, Jr |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, PETE ANDRE FLORES, that sentencing proceedings now set for March 2, 2012, be vacated and the matter continued to March 15, 2012, in order to permit completion of sentencing related submissions by the parties.

**IT IS FURTHER STIPULATED** that the following schedule for sentencing related submissions be adopted:

Sentencing Memoranda by either side                           March 8, 2012
Responses to Sentencing Memoranda, if any                    March 12, 2012

**IT IS FURTHER STIPULATED** that the Speedy Trial Act is not applicable to post-guilty plea proceedings in this case.

**IT IS SO STIPULATED.**

Dated: February 29, 2012       BENJAMIN B. WAGNER
                               United States Attorney


                                /s/ *Michelle Prince*
                               Michelle Prince
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated: February 29, 2012        /s/ *Jeffrey L. Staniels*
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               PETE ANDRE FLORES


**O R D E R**

**IT IS SO ORDERED.**

Dated: March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE