# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
### (Probation Form 49, Waiver of Hearing, is on file)

**Name of Offender:**   Pete Andre Flores          **Docket Number:**   0972 2:10CR00072

**Name of Judicial Officer**:      Honorable Morrison C. England, Jr.

**Date of Original Sentence:**   3/15/2012

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B) - Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct (Class C Felony);   18 USC § 2253 – Criminal Forfeiture

**Original Sentence:** 72 months BOP; 120 months TSR; $100 special assessment; DNA collection; Mandatory urinalysis; No firearms; Sex offender registration.

**Special Conditions:**

1. Drug Treatment
2. Drug testing
3. Aftercare co-payment
4. Warrantless search
5. Computer restrictions
6. No contact with minor
7. Computer examinations
8. Not have material depicting sexually explicit conduct
9. Phone records disclosure
10. Third party disclosure to employer
11. Participate in sex offender treatment

**Type of Supervision:**    Supervised Release

**Date Supervision Commenced:**    In custody; TSR will commence 09/23/16

**Other Court Actions:**

04/03/2012:              Amended Judgment due to correction of sentence for clerical mistake.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

12. The offender shall comply with the rules and regulations of the Computer Monitoring Program. The offender shall pay the cost of the Computer Monitoring Program, in an amount not to exceed $32 per month per device connected to the internet.

13. The offender shall not add, remove, upgrade, update, reinstall, repair, or otherwise modify the hardware or software of on the computers, computer-related devices, or their peripheral equipment, nor shall he hide or encrypt files or data without prior approval of the Probation Officer. Further, the offender shall provide all billing records, including telephone, cable, internet, satellite, and the like, as requested by the Probation Officer.

14. The Court authorizes the Probation Officer to disclose the Presentence Report, and/or any previous sex offender or mental health evaluations(s) to the treatment provider.

**Justification:**

As part of his prerelease planning, Mr. Flores has requested relocation of his term of supervised release supervision to the Central District of California (CD/CA). He is seeking to reside with his parents, who will be his support during his integration back into the community. His parents recently relocated to Santa Maria, California, and they are agreeable with his request to reside with them. To assist the CD/CA Probation Office in supervising and monitoring Mr. Flores' integration in their district, modification of the conditions imposed by the Court to include the above conditions is requested and recommended. Mr. Flores is agreeable to the modifications and specific conditions as noted by his signing of the Probation Form 49.

Respectfully submitted,
**/s/George A. Vidales**

**George A. Vidales**
**Supervising United States Probation Officer**
Telephone: 916-930-4305

**DATED:** **April 28, 2016**

PROB 12B
(04/13)

Reviewed by,
**/s/Brenda Barron-Harrell**

 

**Brenda Barron-Harrell**
**Supervising United States Probation Officer**


## THE COURT ORDERS:

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**Dated:  May 5, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Michael Beckwith

Defense Counsel: Hayes Gable

PROB 12B
(04/13)