UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00072-MCE |
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| PETE FLORES, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release PETE FLORES, No. 2:10-cr-00072-MCE, from custody for the following reasons:

|   |   |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:  Pursuant to the Court's sentence of time served. |

Issued at Sacramento, California on January 4, 2018, at 10:50 a.m.

DATED: January 4, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE