IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  PETE FLORES,  Defendant. | Case No. 2:10-cr-072 MCE  RELEASE ORDER |

On January 4, 2018, this Court sentenced the defendant, PETE FLORES to time served. Therefore, Mr. Flores should be ordered released in this case. Good cause appearing therefor, it is hereby ordered that PETE FLORES be released from federal custody in the above-captioned case, immediately.

IT IS SO ORDERED.

Dated: January 4, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-